UNITED STATES DISTRICT COURT

WESTERN DISTRIC OF WISCONSIN

CASE NUMBER 26-cv-170-wmc

MARILYN M. SLONIKER,
Plaintiff,

v.

EDUCATORS CREDIT UNION;
JOHN DOES 1–50,
Defendants.

COMPLAINT TO QUIET TITLE

AND FOR DECLARATORY RELIEF

## I. PARTIES

1. Plaintiff Marilyn M. Sloniker is a resident of Rock County, Wisconsin, residing at 2446 Butlin Dr, Beloit, WI 53511.
2. Defendant Educators Credit Union claims an interest adverse to Plaintiff in the subject property.
3. Defendants John Does 1–50 are persons or entities who may claim an interest in the property, whether recorded or unrecorded, whose identities are presently unknown.

## II. JURISDICTION AND VENUE

4. This action is brought pursuant to Wis. Stat. § 840.01.
5. Venue is proper in Western District because the real property at issue is located in Rock County, Wisconsin.

## III. SUBJECT PROPERTY

6. The real property that is the subject of this action is commonly known as:

2442 W Beloit Newark Rd
Rock County, Wisconsin

## IV. FACTUAL ALLEGATIONS

7. Plaintiff is in possession of the subject property and asserts a superior interest therein.
8. Defendant Educators Credit Union claims an interest arising from a foreclosure action styled Educators Credit Union v. Sloniker, et al., Case No. 2023CV001073.
9. While Educators Credit Union may claim an interest in the mortgage, it failed to establish that it was the holder of the promissory note or entitled to enforce the note at the time of foreclosure.
10. No original promissory note was produced, and no sworn affidavit of current possession and authority to enforce the note was submitted.
11. The foreclosure therefore proceeded on presumption rather than competent proof of standing.
12. Plaintiff provided lawful notice and publication regarding standing and enforcement authority, which went unrebutted.
13. As a result, Defendant's claimed interest constitutes a cloud on title impairing Plaintiff's ownership and right of possession.

## V. CLAIM FOR RELIEF – QUIET TITLE

14. Plaintiff seeks a judicial determination quieting title in Plaintiff's favor as against all Defendants.
15. Plaintiff further seeks a declaration that Defendants have no valid or enforceable interest in the subject property absent proof of lawful standing and authority.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter judgment quieting title to the subject property in favor of Plaintiff;
B. Declare that Defendants have no valid, enforceable interest in the property;
C. Remove any cloud on Plaintiff's title;
D. Award costs and such other relief as the Court deems just and proper.

Respectfully submitted this 24 day of February, 2026.

*Marilyn M Slonker* (signature)

Marilyn M. Sloniker
PO BOX 104
Beloit, WI 53512